No. 07-14-00362-CV

| | | |
|---|---|---|
| Joseph Wall and Landy Wall<br>  Appellants | § | From the 108th District Court<br>  of Potter County |
| | § | |
| v. | | May 23, 2016 |
| | § | |
| Cypress 9 Holdings, LLC<br>and Mark Engler | § | Opinion by Justice Pirtle |
|   Appellees | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 23, 2016, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellants pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o